UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTATE OF JOSHUA GARBUTT, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF STACY POHLMEYER RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF TRINITY, et al., | |
| Defendants. | |

I, Stacy Pohlmeyer, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Joshua Garbutt, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Joshua Garbutt was born on ▇▇▇▇▇▇ 1991, in the County of Shasta, California.

3. No proceeding is now pending in California for administration of the estate of Joshua Garbutt.

4. I am a successor-in-interest to Joshua Garbutt (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of Joshua Garbutt. Joshua Garbutt has no legal spouse or issue.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Joshua Garbutt in this pending action or proceeding.

6. A true and correct copy of the death certificate of Joshua Garbutt is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 11, 2024, at Redding, California.



Stacy Pohlmeyer

---

**DECLARATION OF STACY POHLMEYER RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Garbutt v. County of Trinity*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# COUNTY of TRINITY
## WEAVERVILLE, CALIFORNIA
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3202453000011

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT – FIRST (Given): JOSHUA
- 2. MIDDLE: BRIAN
- 3. LAST (Family): GARBUTT
- 4. DATE OF BIRTH: 1991
- 5. AGE Yrs.: 32
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 01/14/2024
- 8. HOUR (24 Hours): 0314
- 13. EDUCATION – Highest Level/Degree: HS GRADUATE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: LABORER
- 18. KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
- 19. YEARS IN OCCUPATION: 15

**USUAL RESIDENCE**
- 21. CITY: REDDING
- 22. COUNTY/PROVINCE: SHASTA
- 23. ZIP CODE: 96003
- 24. YEARS IN COUNTY: 7
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: BRIAN KENT GARBUTT, FATHER
- 27. INFORMANT'S MAILING ADDRESS: REDDING, CA 96003

**SPOUSE/SRDP AND PARENT INFORMATION**
- 31. NAME OF FATHER/PARENT–FIRST: BRIAN
- 32. MIDDLE: KENT
- 33. LAST: GARBUTT
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT–FIRST: STACY
- 36. MIDDLE: LORINE
- 37. LAST (BIRTH NAME): HETTINGER
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 02/02/2024
- 40. PLACE OF FINAL DISPOSITION: BRIAN GARBUTT RESIDENCE, REDDING, CA 96003
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: TRINITY ALPS FUNERAL HOME
- 45. LICENSE NUMBER: FD90
- 46. SIGNATURE OF LOCAL REGISTRAR: SHANNA WHITE
- 47. DATE: 01/26/2024

**PLACE OF DEATH**
- 101. PLACE OF DEATH: 701 TOM BELL ROAD
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
- 104. COUNTY: TRINITY
- 105. FACILITY ADDRESS: 701 TOM BELL ROAD
- 106. CITY: WEAVERVILLE

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): PENDING FURTHER STUDIES
  - Time Interval: UNK
- 108. DEATH REPORTED TO CORONER?: YES [X]
- REFERRAL NUMBER: C24-09
- 109. BIOPSY PERFORMED?: NO [X]
- 110. AUTOPSY PERFORMED?: YES [X]
- 111. USED IN DETERMINING CAUSE?: YES [X]
- 112. OTHER SIGNIFICANT CONDITIONS: PENDING FURTHER STUDIES
- 113. WAS OPERATION PERFORMED: NO
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO [X]

**PHYSICIAN'S CERTIFICATION**
- 114. (blank)

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: Pending Investigation [X]
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: LORI ALSUP
- 127. DATE: 01/23/2024
- 128. TYPE NAME, TITLE: LORI ALSUP, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF TRINITY

This is a true and exact reproduction of the document officially registered and placed on file in the office of the TRINITY COUNTY CLERK-RECORDER-ASSESSOR.

DATE ISSUED: FEB 20 2024

*000027671*

SHANNA S. WHITE
TRINITY COUNTY CLERK/RECORDER/ASSESSOR

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder-Assessor.
PRNCO (Rev) 07/19

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

