UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JOSHUA GARBUTT, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF TRINITY, et al.,<br><br>　　　　Defendants. | Case No.<br><br>**DECLARATION OF BRIAN GARBUTT RE: CAL. CODE CIV. PROC. § 377.32** |

I, Brian Garbutt, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Joshua Garbutt, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Joshua Garbutt was born on ▇▇▇▇▇, 1991, in the County of Shasta, California.

3. No proceeding is now pending in California for administration of the estate of Joshua Garbutt.

4. I am a successor-in-interest to Joshua Garbutt (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological father of Joshua Garbutt. Joshua Garbutt has no legal spouse or issue.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Joshua Garbutt in this pending action or proceeding.

6. A true and correct copy of the death certificate of Joshua Garbutt is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 23, 2024, at Redding, California.

_____
Brian Garbutt

**DECLARATION OF BRIAN GARBUTT RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Garbutt v. County of Trinity*, United States District Court, Eastern District of California, Case No. _____

# COUNTY of TRINITY
## WEAVERVILLE, CALIFORNIA
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 
LOCAL REGISTRATION NUMBER: 3202453000011

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT—FIRST (Given): JOSHUA
- 2. MIDDLE: BRIAN
- 3. LAST (Family): GARBUTT
- AKA, ALSO KNOWN AS:
- 4. DATE OF BIRTH: 1991
- 5. AGE Yrs.: 32
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS/SRDP: NEVER MARRIED
- 7. DATE OF DEATH: 01/14/2024
- 8. HOUR (24 Hours): 0314
- 13. EDUCATION – Highest Level/Degree: HS GRADUATE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: LABORER
- 18. KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
- 19. YEARS IN OCCUPATION: 15

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE: [redacted]
- 21. CITY: REDDING
- 22. COUNTY/PROVINCE: SHASTA
- 23. ZIP CODE: 96003
- 24. YEARS IN COUNTY: 7
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: BRIAN KENT GARBUTT, FATHER
- 27. INFORMANT'S MAILING ADDRESS: [redacted] REDDING, CA 96003

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF FATHER/PARENT—FIRST: BRIAN
- 32. MIDDLE: KENT
- 33. LAST: GARBUTT
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT—FIRST: STACY
- 36. MIDDLE: LORINE
- 37. LAST (BIRTH NAME): HETTINGER
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

- 39. DISPOSITION DATE: 02/02/2024
- 40. PLACE OF FINAL DISPOSITION: BRIAN GARBUTT RESIDENCE, REDDING, CA 96003
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: -
- 44. NAME OF FUNERAL ESTABLISHMENT: TRINITY ALPS FUNERAL HOME
- 45. LICENSE NUMBER: FD90
- 46. SIGNATURE OF LOCAL REGISTRAR: SHANNA WHITE
- 47. DATE: 01/26/2024

**PLACE OF DEATH**

- 101. PLACE OF DEATH: 701 TOM BELL ROAD
- 102. IF HOSPITAL, SPECIFY ONE: 
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
- 104. COUNTY: TRINITY
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 701 TOM BELL ROAD
- 106. CITY: WEVERVILLE

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): PENDING FURTHER STUDIES
  - (B):
  - (C):
  - (D):
- Time Interval Between Onset and Death: UNK
- 108. DEATH REPORTED TO CORONER?: YES [X]
- REFERRAL NUMBER: C24-09
- 109. BIOPSY PERFORMED?: NO [X]
- 110. AUTOPSY PERFORMED?: YES [X]
- 111. USED IN DETERMINING CAUSE?: YES [X]
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: PENDING FURTHER STUDIES
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO [X]

**PHYSICIAN'S CERTIFICATION**

- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- 115. SIGNATURE AND TITLE OF CERTIFIER:
- 116. LICENSE NUMBER:
- 117. DATE:

**CORONER'S USE ONLY**

- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: Pending Investigation [X]
- 120. INJURED AT WORK?:
- 121. INJURY DATE:
- 122. HOUR:
- 123. PLACE OF INJURY:
- 124. DESCRIBE HOW INJURY OCCURRED:
- 125. LOCATION OF INJURY:
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: LORI ALSUP
- 127. DATE: 01/23/2024
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: LORI ALSUP, DEP CORONER

**STATE REGISTRAR**

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF TRINITY

This is a true and exact reproduction of the document officially registered and placed on file in the office of the TRINITY COUNTY CLERK-RECORDER-ASSESSOR.

DATE ISSUED: FEB 20 2024

*000027671*

BY: [signature]

SHANNA S. WHITE
TRINITY COUNTY CLERK/RECORDER/ASSESSOR



This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder-Assessor.
PRNCO (Rev) 07/19

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE