1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

ESTATE OF JOSHUA GARBUTT, et al.,            No.  2:24-CV-1275-DMC

12

Plaintiffs,

13

v.                                          <u>ORDER</u>

14

COUNTY OF TRINITY, et al.,

15

Defendants.

16
17

Plaintiffs, who are proceeding with retained counsel, bring this civil action.   The

18

parties have filed a stipulation of voluntary dismissal.  <u>See</u> ECF No. 29.  Because the stipulation

19

has been signed by all parties who have appeared, leave of Court is not required and the action is

20

dismissed on the parties' notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is

21

directed to close this file.

22

IT IS SO ORDERED.

23
24

Dated:  September 17, 2025

25

_____
DENNIS M. COTA

26

UNITED STATES MAGISTRATE JUDGE

27
28

1